# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

**NICHOLAS HERBURGER**

**ARRAIGNMENT AND PLEA HEARING**

CASE NUMBER 13-CR-112

---

HONORABLE Patricia J. Gorence, presiding  
Deputy Clerk: Mary  
Hearing Held: June 18, 2013

Court Reporter:  
Hearing Began: 10:01:56  
Hearing Ended: 10:25:47

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Bridget Domaszek |
| NICHOLAS HERBURGER, in person, and by: | John Schiro  ☒ CJA  ☐ FDS  ☐ RET |
| U.S. PROBATION OFFICE by: | Daniel Dragolovich |
| INTERPRETER: ☒ None  ☐ Sworn | |

☒ Original Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Misdemeanor   ☐ Felony

| | | | |
|---|---|---|---|
| Speedy Trial Date: | August 27, 2013 | Trial Estimate: | 3 days |
| Final Pretrial Date: | August 14, 2013 at 11:00 AM | Voir Dire: | |
| Jury Trial Date: | August 26, 2013 at 10:00 AM | Motions Due: | July 3, 2013 |
| District Judge: | Lynn Adelman | Responses Due: | July 12, 2013 |
| Magistrate Judge: | Nancy Joseph | Replies Due: | July 17, 2013 |

☐ Defendant advised of rights  
☐ Court orders counsel appointed  
    ☐ Defendant to reimburse at $ _____ per month  
☒ Defendant advised of charges, penalties, and fines  
☒ Copy of indictment received by defendant  
☐  ☐ Indictment read; or ☐ Defendant waives reading  
☒ Not guilty plea entered by:  
    ☒ defendant   ☐ the court

☒ Open file policy applies  
    Discovery available: 3 days  
    ☐ Court discussed availability for incarcerated defendants  
☒ Government to disclose GJ materials one day prior to trial  
☐ Case designated complex  
    ☐ Scheduling conference set for:  
    before ☐ AEG ☐ PJG ☐ WEC ☐ NJ

Maximum Penalties: Ct 1: 20 yrs imprison; $1 Million fine; 3 yrs S.R.: $100 S.A.  
                       Ct 2: 10 yrs imprison; $250,000 fine; 3 yrs SR; $100 SA  
                       Ct 3: 20 yrs imprison; $1 Million fine; 3 yrs S.R.; $100 S.A.  
                       Indictment contains forfeiture provision.

     Govt: Not asking at this time, but may be asking for this case to be designated as complex. There were 11 controlled buys and include disks and audio and video recordings. Debriefs and reports exceeds 200 pages. Amount would increase when arrest reports are received. If extension requested by defense, govt would not object.

Govt requests that the Indictment be unsealed
Court will unseal the indictment.

Defense counsel requests the hearing be sealed.
Court seals the hearing.

**NICHOLAS HERBURGER** 13-CR-112

**Bond Status:**
- ☒ Defendant is ordered detained pending trial.  SEE Order of Detention Pending Trial
- ☐ Court orders federal detainer
- ☐ Defendant is ordered temporarily detained for a maximum of :  ☐ 3 days  ☐ 5 days  ☐ 10 days
  Detention Hearing set for: _____
- ☐ Defendant detained but court will review upon motion proposing conditions of release
- ☐ Bond continued as previously set
- ☐ Detention continued as previously set
- ☐ Defendant is released on:   ☐ O/R bond   ☐ Unsecured bond in the amount of: _____
  ☐ Bond secured by:  ☐ Cash   ☐ Property   ☐ Cash/property

**Conditions of Release:**
- ☐ Report to Pretrial Services as directed
- ☐ Execute appearance bond:
  - ☐ Cash only _____
  - ☐ Property only: Value: $ _____ Location: _____
  - ☐ Cash or property:
- ☐ Seek/maintain employment
- ☐ Surrender passport to: _____
- ☐ Obtain no passport
- ☐ Travel restricted to:  ☐ ED-WI  ☐ _____
- ☐ No direct or indirect contact with: _____

- ☐ Undergo medical/psychiatric treatment: _____
- ☐ No firearms/weapons
- ☐ No excessive use of alcohol   ☐ No alcohol
- ☐ No use, or illegal possession, of narcotic drugs/controlled substances, unless prescribed by a physician or other licensed medical practitioner
- ☐ Notify any medical provider of drug addiction
- ☐ Furnish PTS with a list of prescribed medications
- ☐ Testing for drugs/alcohol
- ☐ Inpatient drug treatment
- ☐ Outpatient drug treatment s directed by PTS
- ☐ Home confinement:
  - ☐ Curfew:  ☐ as directed by USPO; or  ☐ from: _____
  - ☐ Home detention with EM with restriction to residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities approved in advance by USPO
  - ☐ Home detention with electronic monitoring
  - ☐ Defendant to pay cost of EM as directed by PTS

- ☐
- ☐
- ☐