# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Wisconsin

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| NICHOLAS HERBURGER | ) Case No. 13-CR-112 |
| Defendant | ) |

**SEALED**

U.S. DISTRICT EASTERN DISTRICT-WI FILED
2013 JUN 19 A 8: 29
JON A. SANFILIPPO CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)    Nicholas Herburger,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Pretrial Release Violation Petition
☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: Knowingly and intentionally distributed a mixture and substance containing heroin, Sch I controlled substance 21:841(a)(1) and 841(b)(1)(C)

Date: June 12, 2013

_B.D. Ferrill_
Signature

City and state: Milwaukee, Wisconsin

JON W. SANFILIPPO, Clerk, U.S. District Court
By: B.D. Ferrill, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on (date) 06-17-13, and the person was arrested on _____
at (city and state) Waukesha, WI.

Date: 06-17-13

_signature_ #9856
*Arresting officer's signature*

Dep. Jason Fink
*Printed name and title*