

U.S. Department of Justice

*United States Attorney*
*Eastern District of Wisconsin*

*Federal Courthouse*    Phone: 414-297-1700
*517 E. Wisconsin Avenue, Room 530*    Fax: 414-297-1738
*Milwaukee, Wisconsin 53202*    www.usdoj.gov/usao/wie

June 25, 2013

The Honorable Nancy Joseph
United States Magistrate Judge
517 East Wisconsin Ave
Room 249
Milwaukee, WI 53202

    Re:    *United States v. Nicholas Herburger, et al.*,
                Case No. 13-Cr-112

Dear Judge Joseph,

    For the reasons set forth below, the government does not object to defendant Nicholas Herburger's motion for extension of time to file pretrial motions. The indictment in this case charges Mr. Herburger and Monique White with various drug-trafficking offenses. Herburger made his initial appearance before Judge Gorence on June 18, 2013, and White is scheduled to make her initial appearance on June 28, 2013. The discovery in this case exceeds 1,000 pages and contains numerous audio and video recordings. The discovery materials will be mailed today to Herburger's counsel of record, John Schiro, and to Daniel Meylink, who represents Monique White. Pretrial motions are currently due on or before July 3, 2013. To permit the defendants adequate time to review the discovery, the government respectfully requests that the court set July 24, 2013, as the deadline for filing pretrial motions. The government further requests that the court exclude the time from June 18 to July 24, 2013, under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(D), (h)(4), and (h)(7)(A).

    Respectfully submitted at Milwaukee, Wisconsin, this 25th day of June, 2013.

                                    JAMES L. SANTELLE
                                  United States Attorney

                By:    s/Bridget J. Domaszek

                                BRIDGET J. DOMASZEK
                                Assistant United States Attorney
                                Bridget J. Domaszek Bar Number: 1053696
                                Attorney for Plaintiff

Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, WI 53202
Telephone: (414) 297-1720
Fax: (414) 297-1738
E-Mail: Bridget.J.Domaszek@usdoj.gov