UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                     Plaintiff,

        v.                                           Case No. 13-CR-112

NICHOLAS HERBURGER,

                     Defendant.

_____

## UNITED STATES' MOTION TO DISMISS PROPERTY
## FROM FORFEITURE NOTICE OF THE INDICTMENT
_____

       The United States of America, by its attorneys, James L. Santelle, United States Attorney for the Eastern District of Wisconsin, and Bridget J. Domaszek, Assistant United States Attorney, hereby moves, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss without prejudice the residence located at 2852 Fox Lake Circle number 22, Waukesha, Wisconsin listed in the Indictment filed on June 11, 2013.

       I have been informed that this property has insufficient equity; therefore, it is no longer necessary to pursue judicial forfeiture of this item.

       Dated at Milwaukee, Wisconsin, this 4th day of November, 2013.

                            Respectfully submitted,

                            JAMES L. SANTELLE
                            United States Attorney

                 By:    s/BRIDGET DOMASZEK
                            Assistant United States Attorney
                            Bridget Domaszek Bar Number: 1053696
                            Attorney for Plaintiff
                            Office of the United States Attorney
                            Eastern District of Wisconsin

517 East Wisconsin Avenue, Room 530
Milwaukee, WI 53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
E-Mail: bridget.j.domaszek@usdoj.gov

2